United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Anywhere Autoglass, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2505208** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23710 NE State Route 3** <br> **Belfair, WA 98528** <br> Number, Street, City, State & ZIP Code | **4711 Mallard Ct.** <br> **West Richland, WA 99353** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Mason** <br> County | **Location of principal assets, if different from principal place of business** <br> **4677 SE Horstman DR. Port Orchard, WA 98366** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) **www.hwy3motorsports.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   <u>4411</u>

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case 23-42216-BDL    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:20:44    Pg. 2 of 41

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____   When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 23-42216-BDL    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:20:44    Pg. 3 of 41

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☑ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 23-42216-BDL    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:20:44    Pg. 4 of 41

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 15, 2023**
                MM / DD / YYYY

**X** **/s/ Russell Johnson**                        **Russell Johnson**
_____        _____
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**
        _____

**18. Signature of attorney**

**X** **/s/ Patrick D. McBurney, Jr.**          Date **December 15, 2023**
_____        _____
Signature of attorney for debtor                   MM / DD / YYYY

**Patrick D. McBurney, Jr. 22497**
_____
Printed name

**Patrick D. McBurney - Attorney At Law**
_____
Firm name

**6855 W. Clearwater Ave., Suite A103**
**Kennewick, WA 99336**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(509) 374-8996**       Email address   **pdmcburney@gmail.com**

**22497 WA**
_____
Bar number and State

Debtor name   **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2023**          *X* **/s/ Russell Johnson**
                                              Signature of individual signing on behalf of debtor

                                              **Russell Johnson**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................. $ _____ **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................. $ _____ **91,882.37**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................... $ _____ **91,882.37**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................  $ _____ **12,793.06**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ _____ **121,077.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$ _____ **389,183.73**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b

    $ _____ **523,053.86**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
| --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | 0.00 | - | 0.00 = .... | $0.00 |
| 11b. Over 90 days old: | 42,121.30 | - | 0.00 = .... | $42,121.30 |
| 11b. Over 90 days old: | 29,761.07 | - | 0.00 = .... | $29,761.07 |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $71,882.37 |
| --- |

---

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

---

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

---

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 Ford F-150 - Located at 303 W. Harvard Ave., Shelton, WA 98684** | Unknown | N/A | $20,000.00 |
| 47.2.   **2010 Chevrolet Camaro (not Operatble) Nextgear also asserts a title lien as to this property.** | $0.00 | | $0.00 |
| 47.3.   **2003 Buick LeSabre (not Operatble) Nextgear also asserts a title lien as to this property.** | $0.00 | | $0.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.     **Total of Part 8.**                                                        | $20,000.00 |

        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor      **Anywhere Autoglass, LLC**                    Case number *(If known)* _____
            Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $71,882.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,882.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $91,882.37 |

Debtor name **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Nextgear Capital, Inc.**<br><br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Over 90 days old: The debtor operated a auto dealership, he had 26 Buy Here Pay Here Contracts, Debtor would holds the title to the vehicle, and provide the title when the contract was paid off. Many of the titles are now Donnovan Knapp. Mr** | **$12,793.06** | **$29,761.07** |
| **11799 North College Ave.**<br>**Carmel, IN 46032**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☒ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ☒ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$12,793.06**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael G. Gibson**<br>**Attorney for Nextgear**<br>**11799 North College Ave.**<br>**Carmel, IN 46032** | Line **2.1** | |

Debtor name **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Darren Drake**<br>**1515 Westport Rd.**<br>**Aberdeen, WA 98520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,100.00 | $2,100.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages in April, May & August. In august Mr. Drake was owed $6,400.00. He recieved two vehiles and titles in lieu of pay est value of $4200.00. leaving approximately $2100.00 in unpaid wages for August 2023.** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Department Of Revenue**<br>**Po Box 47464**<br>**Olympia, WA 98504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,921.07 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Excise Taxes 604-506-299** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

51536

Case 23-42216-BDL    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:20:44    Pg. 13 of 41

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $24,000.00 | $12,000.00 |
|---|---|---|---|---|
| | **Donovan Knapp**<br>**471 E. Panoram Dr.**<br>**Shelton, WA 98584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**8 months unpaid wages 2022** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $15,000.00 | Unknown |
|---|---|---|---|---|
| | **Employment Security Dept.**<br>**PO Box 9046**<br>**Olympia, WA 98507-9046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Est. Employment Security Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $49,056.00 | $49,056.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**2022 941 Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,000.00 | $1,280.00 |
|---|---|---|---|---|
| | **John Miller**<br>**80 E Watcher Thrush Ln.**<br>**Belfair, WA 98528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages in April & May of 2023 $1280 was**<br>**earned in May of 2023** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**John Peterson**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | Unknown |
|---|---|---|---|---|

**Washington Labor & Industries**
**7273 Linderson Way SW**
**Olympia, WA 98501-5414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid Industrial Insurance** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Washington State Attorney**
**General**
**Bankruptcy and Collections**
**800 Fifth Avenue, Suite 2000**
**Seattle, WA 98104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **2022 Family and Medical Leave** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

**Amex**
**Correspondence/Bankruptcy**
**PO box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Corporate Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.50 |
|---|---|---|---|

**Astound Broadband Powered by Wave**
**PO Box 31001-2714**
**Pasadena, CA 91110-2714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Internt service for Port Orchard Location**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Anywhere Autoglass, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BELFAIR WATER DISTRICT #1**
**PO Box 563,**
**Belfair, WA 98528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utility Billing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boro Enterprises, LLC**
**5600 Kitsap Way**
**Port Orchard, WA 98366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __See Schedule G__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.48 |
|---|---|---|---|

**Cascade Natural Gas**
**PO Box 5600**
**Bismarck, ND 58506-5600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities at 4 locations__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.02 |
|---|---|---|---|

**Century Link**
**PO Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Internet Broadband at 23710 St Rt 3, Belfair, WA__
__Location__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Century Link**
**PO Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Broadband Internet__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,971.73 |
|---|---|---|---|

**Chase Bank Credit Card**
**Cardmember Services**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Credit Purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donovan Knapp**
**471 E. Panorama Dr.**
**Shelton, WA 98584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Mr. Knap worked for the company and, apart from__
__asserting unpaid wage claims, he asserts that he contributed his__
__personal funds to the business and contends that he may have a__
__legitimate claim  or be owed reimbursement for that investment.__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Forward Financing**
**53 State St. 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Recievable Financing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heartland Payment Systems**
**16 N Broadway Ave**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment Processing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Horseshoe Auto Wrecking**
**7360 WA-3**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cars Sold on Consignment, Commissions not paid, Horseshoe is holding titles to vehicles sold to customers on a buy here pay here arrangment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Jay Johanson**
**1337 Dora Ave.**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Mr. Johanson purchased a 2008 Ford F-150 for $3195.00, the debtor is unable to provide title to the creditor because they are held by creditor nextgear**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jesse Linden**
**25601 NE, WA-3**
**Belfair, WA 98528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Eugene Sullivan, Jr.**
**19001 E. State Route 106**
**Belfair, WA 98528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Mr. Sullivan purchased a 2010 GMC Sierra 2500 HD for $5760.00 from the, debtor. The debtor is unable to provide title to the creditor because they are held by creditor nextgear**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,459.00** |
|---|---|---|---|

**Kapitus**
**2500 Wilson Blvd., Unit 350**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Kapitus Servinig, Inv. v. Anywhere Autoglass, LLC and Russell Johnson in the Circuit ?Court of the County of Chesterfield**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00** |
|---|---|---|---|

**Keith Lee Stephenson**
**1737 Gregory Way**
**Bremerton, WA 98337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Possible claim against the debtor for Sales tax  and Transfer fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Ken Stroupe**
**A1-Transmission**
**3236 Wheaton Way**
**Bremerton, WA 98310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Debtor Sold 2005 Ford F-150 on Consignment, to Rosa Salvador. $11,,500.00 was the purchase price on a buy here arangment the debtor took $6,000.00 from the buyer, Ken Stroop is owed $4,500.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenneth Murphy**
**8019 114th LN SW**
**Olympia, WA 98512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Mr. Murphy purchased a 2011 Ford F-150 for $9475.00 from the debtor, the debtor is unable to provide title to the creditor because they are held by creditor nextgear**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Key Bank**
**PO Box 89446**
**Cleveland, OH 44101-9446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-01-2021**

Last 4 digits of account number  **0001**

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Key Bank**
**PO Box 89446**
**Cleveland, OH 44101-9446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **2018 Ford F-150 - Located at 303 W. Harvard Ave., Shelton, WA 98684**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Key Bank**<br>**PO Box 89446**<br>**Cleveland, OH 44101-9446** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Business Mastercard__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Key Bank**<br>**PO Box 89446**<br>**Cleveland, OH 44101-9446** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Overdrawn Checking Accounts__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Kylee Daniel Brockmoller**<br>**369 NW Chehalis Ave # 204**<br>**Chehalis, WA 98532** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Ms. Brockmoller purchased a 2008 Ford Edge from the debtor for $800.00 she owes $400.00 to the debtor, the debtor is unable to provide title to the creditor because they are held by creditor nextgear__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Les Schwab Bank**<br>**PO Box 5350**<br>**Bend, OR 97708-5350** | As of the petition filing date, the claim is: Check all that apply. | **$44,473.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Business Credit for Tire Purchases__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Mason County Garbage & Recycling**<br>**81 E Wilburs Way**<br>**Shelton, WA 98584** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Waste Management Utility Billing__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Mason PUD 3**<br>**PO Box 2148**<br>**Shelton, WA 98584** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Utility Billing__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Merchants Bonding Company**<br>**PO Box 14498**<br>**Des Moines, IA 50306-3498** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Bond liability__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Merchants Bonding Company**
**PO Box 14498**
**Des Moines, IA 50306-3498**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dealer's Bond WA5793912 Potential liability of $30,000.00 against the bond**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Earl Myers**
**291 E. Wood Lane**
**Shelton, WA 98584**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Mr. Myers purchased a 2000 Honda Accord for $2345.00, the debtor is unable to provide title to the creditor because they are held by creditor nextgear**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**NAPA Westbay Auto Parts**
**2610 SE Mile Hill Dr**
**Glenoma, WA 98336**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto Part Merchant Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nextgear Capital, Inc.**
**11799 North College Ave.**
**Carmel, IN 46032**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nextgear CApital, Inc v. Anywher Autoglass, LLC and Russell Johns 29D01-2307-PL-006277 Hamilton Superior Court 1 Hamilton County Indiana (see Schedule D)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,000.00** |
|---|---|---|---|

**Rapid Finance**
**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert James HIll**
**6321 McCoy Lake East Rd.**
**Fruitland, WA 99129**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Mr. Hill purchased a 2004 Dodge Dakota from teh debtor for $3,244.36 and owed the debtor $444.36 the debtor is unable to provide title to the creditor because they are held by creditor nextgear**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosa Salvador**
**8123 302 NW**
**Gig Harbor, WA 98335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Purchases a 2005 Ford F-150 from the__
__debtor, which was owned by Ken Stroupe and being sold on__
__consignment, and the engine blew a week later. The vehicle was sole__
__for 11,000.00 and $6,000.00 was recieved in proceeds.__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Synchrony Car Care**
**PO Box 71715**
**Philadelphia, PA 19176-1715**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Purchases__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Mahto Trust**
**318 Judson St.**
**Gig Harbor, WA 98335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __The Mahto Trust purchased a 1991 Mercury Capri, for__
__$3237.00, the debtor is unable to provide title to the creditor because__
__they are held by creditor nextgear__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Timberland Bank**
**624 Simpons Ave.**
**Hoquiam, WA 98550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Overdrawn Checking Account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,594.00 |
|---|---|---|---|

**Timberland Bank**
**624 Simpons Ave.**
**Hoquiam, WA 98550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Purchases__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy Brewer**
**31 N. Front St.**
**Yakima, WA 98901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Mr. Brewer purchased a 2005 Dodge Dakota from the__
__debtor for $3520.00, the debtor is unable to provide title to the__
__creditor because they are held by creditor nextgear__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Verizon**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cell Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|------|---|---|---|

**WEX Shell Small Business**
1 Hancock Street
Portland, ME 04101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fleet Fuel Charges**
**Valentine and Kebartas, LLC**
**15 Union Street**
**Suite 202**
**Lawrence, MA 01840**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Yesica Marisol Francisco**
8123 State Route 3 NW
Gig Harbor, WA 98329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Ms. Fransisco purchased a 2013 Ford F-150 $8,909.95**
**from the debtor, the creditor still owes the debtor $454.92 the debtor**
**is unable to provide title to the creditor because they are held by**
**creditor nextgear**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dynamic Collectors, Inc.**<br>**790 S. Market Blvd.**<br>**Chehalis, WA 98532** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Elan Financial Services**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Erica A. Johnson**<br>**166 Tri Mountain Lane**<br>**Centralia, WA 98531** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Heather Fitzpatrk**<br>**Key Bank Commercial Workout Officer**<br>**42224 Ridge Lea Rd.**<br>**Buffalo, NY 14226** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Anywhere Autoglass, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Les Schwab Belfair**<br>**PO Box 1784**<br>**Poulsbo, WA 98370** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael G. Gibson**<br>**Attorney for Nextgear**<br>**11799 North College Ave.**<br>**Carmel, IN 46032** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Saba & Associates**<br>**PO box 1784**<br>**Poulsbo, WA 98370** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Timothy A. Hennigan**<br>**Nguyen | Ballato, PLC**<br>**2201 Libbie Avd.**<br>**Richmond, VA 23230** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Valentine and Kebartas, LLC**<br>**15 Union St.**<br>**Suite 202**<br>**Lawrence, MA 01840** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Washington State Attorney General**<br>**Bankruptcy and Collections**<br>**800 Fifth Avenue, Suite 2000**<br>**Seattle, WA 98104** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Washington State Attorney General**<br>**Bankruptcy and Collections**<br>**800 Fifth Avenue, Suite 2000**<br>**Seattle, WA 98104** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Washington State Attorney General**<br>**Bankruptcy and Collections**<br>**800 Fifth Avenue, Suite 2000**<br>**Seattle, WA 98104** | Line **2.8**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Weltman, Weinberg, & Reis, Co. LPA**<br>**5000 Bradenton Ave.**<br>**Suite 100**<br>**Dublin, OH 43017** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 121,077.07 |
| **5b. Total claims from Part 2** | 5b. + | $ 389,183.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 510,260.80 |

Debtor name **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 4677 Horstman Rd, Port Orchard, WA 12 month lease Feb 2022 - February 2023, then month to month. The month to month tenancy was assumed by Allied Auto Glass, LLC,** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Boro Enterprises, LLC 5600 Kitsap Way Port Orchard, WA 98366** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Builing and Salvage Yard lease - $3,000.00 12 month Lease - per month June 2022 - the debtor was six monht in arrears at the time it ceased operations in August 2023. On or abour 8/30/2023 The debtor transfered a 1961 Corvair Rampside Pickup (est. Value $5,000.00), Harley Davidson Sportster (est. Value $2500.00), 10 ton lift (est Value $1000.00), 18 x 26 portable garage unit (est. Value $4,000.00). These items were exchanged to set off the $18,000.00 owed on the lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Jesse Linden 25601 NE, WA-3 Belfair, WA 98528** |

Debtor name   **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Erica A. Johnson** | **166 Tri Mountain Lane Centralia, WA 98531** | **Employment Security Dept.** | ☐ D _____ ■ E/F **2.4** ☐ G _____ |
| 2.2 | **Erica A. Johnson** | **166 Tri Mountain Lane Centralia, WA 98531** | **Washington State Attorney General** | ☐ D _____ ■ E/F **2.9** ☐ G _____ |
| 2.3 | **Erica A. Johnson** | **166 Tri Mountain Lane Centralia, WA 98531** | **Amex** | ☐ D _____ ■ E/F **3.1** ☐ G _____ |

Debtor name     **Anywhere Autoglass, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

## 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

## 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

## 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

�■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 15, 2023**

**/s/ Russell Johnson**                              **Russell Johnson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re **Anywhere Autoglass, LLC**

                                              Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                        $       **0.00**

   Prior to the filing of this statement I have received            $       **0.00**

   Balance Due                                             $       **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<div style="border:1px solid;">

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 15, 2023**
*Date*

/s/ Patrick D. McBurney, Jr.
**Patrick D. McBurney, Jr. 22497**
*Signature of Attorney*
**Patrick D. McBurney - Attorney At Law**
**6855 W. Clearwater Ave., Suite A103**
**Kennewick, WA 99336**
**(509) 374-8996   Fax: (509) 374-1296**
**pdmcburney@gmail.com**
*Name of law firm*

</div>

# United States Bankruptcy Court
## Western District of Washington

In re __Anywhere Autoglass, LLC__

Debtor(s)

Case No. _____

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __December 15, 2023__

__/s/ Russell Johnson__

__Russell Johnson__/__Managing Member__
Signer/Title

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998


ASTOUND BROADBAND POWERED BY WAVE
PO BOX 31001-2714
PASADENA, CA 91110-2714


BELFAIR WATER DISTRICT #1
PO BOX 563,
BELFAIR, WA 98528


BORO ENTERPRISES, LLC
5600 KITSAP WAY
PORT ORCHARD, WA 98366


CASCADE NATURAL GAS
PO BOX 5600
BISMARCK, ND 58506-5600


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111-9255


CHASE BANK CREDIT CARD
CARDMEMBER SERVICES
P.O. BOX 94014
PALATINE, IL 60094-4014


DARREN DRAKE
1515 WESTPORT RD.
ABERDEEN, WA 98520


DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA, WA 98504


DONOVAN KNAPP
471 E. PANORAMA DR.
SHELTON, WA 98584


DYNAMIC COLLECTORS, INC.
790 S. MARKET BLVD.
CHEHALIS, WA 98532

ELAN FINANCIAL SERVICES
PO BOX 790408
SAINT LOUIS, MO 63179-0408


EMPLOYMENT SECURITY DEPT.
PO BOX 9046
OLYMPIA, WA 98507-9046


ERICA A. JOHNSON
166 TRI MOUNTAIN LANE
CENTRALIA, WA 98531


FORWARD FINANCING
53 STATE ST. 20TH FLOOR
BOSTON, MA 02109


HEARTLAND PAYMENT SYSTEMS
16 N BROADWAY AVE
OKLAHOMA CITY, OK 73102


HEATHER FITZPATRK
KEY BANK COMMERCIAL WORKOUT OFFICER
42224 RIDGE LEA RD.
BUFFALO, NY 14226


HORSESHOE AUTO WRECKING
7360 WA-3
BREMERTON, WA 98312


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JEREMY JAY JOHANSON
1337 DORA AVE.
BREMERTON, WA 98312


JESSE LINDEN
25601 NE, WA-3
BELFAIR, WA 98528


JOHN MILLER
80 E WATCHER THRUSH LN.
BELFAIR, WA 98528

JOHN PETERSON


JOSEPH EUGENE SULLIVAN, JR.
19001 E. STATE ROUTE 106
BELFAIR, WA 98528


KAPITUS
2500 WILSON BLVD., UNIT 350
ARLINGTON, VA 22201


KEITH LEE STEPHENSON
1737 GREGORY WAY
BREMERTON, WA 98337


KEN STROUPE
A1-TRANSMISSION
3236 WHEATON WAY
BREMERTON, WA 98310


KENNETH MURPHY
8019 114TH LN SW
OLYMPIA, WA 98512


KEY BANK
PO BOX 89446
CLEVELAND, OH 44101-9446


KYLEE DANIEL BROCKMOLLER
369 NW CHEHALIS AVE # 204
CHEHALIS, WA 98532


LES SCHWAB BANK
PO BOX 5350
BEND, OR 97708-5350


LES SCHWAB BELFAIR
PO BOX 1784
POULSBO, WA 98370


MASON COUNTY GARBAGE & RECYCLING
81 E WILBURS WAY
SHELTON, WA 98584

```
MASON PUD 3
PO BOX 2148
SHELTON, WA 98584


MERCHANTS BONDING COMPANY
PO BOX 14498
DES MOINES, IA 50306-3498


MICHAEL EARL MYERS
291 E. WOOD LANE
SHELTON, WA 98584


MICHAEL G. GIBSON
ATTORNEY FOR NEXTGEAR
11799 NORTH COLLEGE AVE.
CARMEL, IN 46032


NAPA WESTBAY AUTO PARTS
2610 SE MILE HILL DR
GLENOMA, WA 98336


NEXTGEAR CAPITAL, INC.
11799 NORTH COLLEGE AVE.
CARMEL, IN 46032


RAPID FINANCE
4500 EAST WEST HIGHWAY
6TH FLOOR
BETHESDA, MD 20814


ROBERT JAMES HLLL
6321 MCCOY LAKE EAST RD.
FRUITLAND, WA 99129


ROSA SALVADOR
8123 302 NW
GIG HARBOR, WA 98335


SABA & ASSOCIATES
PO BOX 1784
POULSBO, WA 98370


SYNCHRONY CAR CARE
PO BOX 71715
PHILADELPHIA, PA 19176-1715
```

THE MAHTO TRUST
318 JUDSON ST.
GIG HARBOR, WA 98335


TIMBERLAND BANK
624 SIMPONS AVE.
HOQUIAM, WA 98550


TIMOTHY A. HENNIGAN
NGUYEN | BALLATO, PLC
2201 LIBBIE AVD.
RICHMOND, VA 23230


TIMOTHY BREWER
31 N. FRONT ST.
YAKIMA, WA 98901


VALENTINE AND KEBARTAS, LLC
15 UNION ST.
SUITE 202
LAWRENCE, MA 01840


VERIZON
PO BOX 660108
DALLAS, TX 75266-0108


WASHINGTON LABOR & INDUSTRIES
7273 LINDERSON WAY SW
OLYMPIA, WA 98501-5414


WASHINGTON STATE ATTORNEY GENERAL
BANKRUPTCY AND COLLECTIONS
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104


WELTMAN, WEINBERG, & REIS, CO. LPA
5000 BRADENTON AVE.
SUITE 100
DUBLIN, OH 43017


WEX SHELL SMALL BUSINESS
1 HANCOCK STREET
PORTLAND, ME 04101

```
YESICA MARISOL FRANCISCO
8123 STATE ROUTE 3 NW
GIG HARBOR, WA 98329
```

# United States Bankruptcy Court
## Western District of Washington

In re __Anywhere Autoglass, LLC_____

Debtor(s)

Case No. _____

Chapter __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Anywhere Autoglass, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 15, 2023_____

Date

/s/ Patrick D. McBurney, Jr.
_____

**Patrick D. McBurney, Jr. 22497**

Signature of Attorney or Litigant

Counsel for   **Anywhere Autoglass, LLC**
_____

**Patrick D. McBurney - Attorney At Law**
**6855 W. Clearwater Ave., Suite A103**
**Kennewick, WA 99336**
**(509) 374-8996 Fax:(509) 374-1296**
**pdmcburney@gmail.com**